UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 SEP 18 AM 9:50

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Ernesto HERNANDEZ-Salas**<br>Defendant. | Magistrate Case No. '07 MJ 2256<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about **September 17, 2007**, within the Southern District of California, **defendant Ernesto HERNANDEZ-Salas,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Eric Neddermeyer, U.S. Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 18th DAY OF **SEPTEMBER 2007**.

UNITED STATES MAGISTRATE JUDGE

CEM

## PROBABLE CAUSE STATEMENT

On September 17, 2007, at approximately 0815 hours, **Ernesto HERNANDEZ-Salas (Defendant)** attempted to gain entry into the United States from Mexico by eluding inspection at the San Ysidro, California Port of Entry. Customs and Border Protection Officers responded to the "Old Port " area of the San Ysidro Port of Entry where persons were jumping the fence from Mexico into the United States. When the CBP Officers arrived at the area, they discovered Defendant squatting underneath steps of the "Old Port" building. Defendant was escorted to Secondary for further inspection.

In Secondary, Defendant's fingerprints were obtained and queried utilizing the Integrated Automated Fingerprint Identification System (IAFIS) and Automated Biometric Identification System (IDENT) verifying defendant's identity and immigration record. A query of Deportable Alien Control System (DACS) indicates on or about September 11, 2007, an Immigration Judge ordered Defendant deported and removed from the United States. Immigration Service records contain no evidence that Defendant applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States.

Defendant was advised of his Miranda rights and elected to answer questions without an attorney present. Defendant admitted to being a citizen of Mexico by virtue of his birth in Tehuacan, Puebla, Mexico. Defendant admitted to attempting to gain entry into the United States by jumping over the international fence adjacent to the San Ysidro, California Port of Entry. Defendant admitted he possesses no documents or other benefit that would permit his legal entry into the United States. Defendant admitted he has been previously deported from the United States and removed to Mexico. Defendant admitted he has not applied for or received permission from the United States government to legally re-enter the United States. Defendant admitted he intended to enter the United States to travel to Los Angeles, California and be reunited with his family.