AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ERNESTO HERNANDEZ-SALAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr2891-H

I, ERNESTO HERNANDEZ-SALAS the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10/18/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ernesto Hernandez
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER

FILED

OCT 18 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY